# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| BILLY JOE PATTERSON, | ) ED CV 14-00012-SH |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: June 30, 2014

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE